**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)**

| | |
|---|---|
| **TRACEY DURROUGH,** ) | |
| **individually and as class** ) | Case No. 1:21-CV-549-MWM |
| **representative**, *ET AL.* ) | |
| ) | |
| **Plaintiffs** ) | **Judge Matthew W. McFarland** |
| ) | |
| **v.** ) | |
| ) | **NOTICE OF DISMISSAL** |
| **THE CHRIST HOSPITAL,** *ET AL.* ) | **WITHOUT PREJUDICE** |
| ) | **(FRCP 41(a)(1)(A)(i))** |
| **Defendants** ) | |

Plaintiffs Tracey Durrough, individually and as class representatives, *et al.,* by and through counsel, hereby notice the dismissal of this action without prejudice pursuant to FRCP 41(a)(1)(A)(i) and other applicable law, no answer or motion for summary judgment having been served by any defendant. Plaintiffs intend to refile.

                                                   Respectfully submitted,

                                                   /s/ Glenn D. Feagan_____
                                                 Glenn D. Feagan (#0041520)
                                                 Deters Law
                                                 5247 Madison Pike
                                                 Independence, KY  41051
                                                 (859) 363-1900
                                                 (859) 363-1444 (fax)
                                                 gfeagan@feaganlaw.com

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on August 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                                 /s/ Glenn D. Feagan _____ _____ _____
                                                 Glenn D. Feagan